**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 22, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00471-CV

## ELLEN TAUB, INDIVIDUALLY AND AS REPRESENTATIVEOF THE ESTATE OF SAMUEL TAUB, Appellant

## V.

## VICTOR NARCISSE, M.D. AND DAVID HO, M.D., Appellees

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2013-41311**

## M E M O R A N D U M   O P I N I O N

This is an appeal from orders signed April 11, 2016, and May 13, 2016. On October 24, 2016, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Wise.